UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Germaine J. Grant. <br>     Plaintiff | § <br> § <br> § | Case No. 1:11-cv-05073 |
| vs | § <br> § | Judge Zagel |
| LTD Financial Services I, Inc. *et al.,* <br>     Defendants | § <br> § | Magistrate Judge Schenkier |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, LTD Financial Services 1, Inc. and LTD Financial Services LP, move the Court to grant summary judgment that Plaintiff take nothing in this case, and in support of such motion submit their memorandum and state as follows:

### **Summary Judgment Evidence**

1.    In support of this motion, the Defendants offer as summary judgment evidence the affidavit of Leonard Pruzansky together with the exhibits thereto.

### **Statement of Undisputed Facts**

2.    The following facts are undisputed:

a.    Plaintiff filed this suit on July 27, 2011, alleging violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et seq*.

b.    Plaintiff has alleged only two counts, each alleging only that the Defendant obtained Plaintiff's credit report without a permissible purpose.

c.    Defendant LTD Financial Services 1, Inc. is not a furnisher of credit information as defined in the FCRA.

d.    Defendant LTD Financial Services 1, Inc. did not obtain a copy of Plaintiff's consumer report.

    e.    Defendant LTD Financial Services 1, Inc. made no effort to collect any debts from Plaintiff.

    f.    Defendant LTD Financial Services 1, Inc. is the general partner of Defendant LTD Financial Services, L.P.

    g.    LTD Financial Services, L.P. (referred to hereafter as "LTD") is a Texas limited partnership.

    h.    Advantage Assets II, Inc. (referred to hereafter as "Advantage") purchased from Citibank (South Dakota), N.A. a Home Depot account in Plaintiff's name.

    i.    Advantage engaged the services of the Defendant, LTD to collect the indebtedness.

    j.    LTD obtained Plaintiff's consumer report solely in connection with its efforts to collect the indebtedness.

    3.    LTD had a permissible purpose to access Plaintiff's credit report because the access was in connection with collection of the account. Defendants therefore move the Court to grant them summary judgment on Plaintiff's Complaint

WHEREFORE, Defendants pray that the Court grant summary judgment that Plaintiff take nothing against them. Defendants further pray for their fees and costs together with all such other and further relief, both at law and in equity, to which they may be justly and legally entitled.

                                                Respectfully submitted,

                                                /s/*Jennifer W. Weller*

| | |
|---|---|
| Manuel H. Newburger | David M. Schultz |
| TX Bar No. 14946500 | Jennifer W. Weller |
| Barron, Newburger & Sinsley, PLLC | Hinshaw & Culbertson |
| 1212 Guadalupe, Suite 102 | 222 North LaSalle Street |
| Austin, Texas 78701-1837 | Suite 300 |
| (512) 476-9103 | Chicago, IL 60601-1081 |
| Fax: (512) 279-0310 | (312) 704-3000 |
| | Fax: (312)704-3001 |
| | Email: dschultz@hinshawlaw.com |
| | Email: jweller@hinshawlaw.com |
| | |
| | ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

      I, Jennifer W. Weller, an attorney, certify that I shall cause to be served a copy of the **MOTION FOR SUMMARY JUDGMENT** upon the below-listed individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m. and electronically via the Court's Electronic Case Filing System ("ECF") on **May 25, 2012.**

To:    Germaine J. Grant
          P.O. Box 23
          Joliet, Illinois 60434

                                                        /s/*Jennifer W. Weller*
                                                        Jennifer W. Weller
                                                        Hinshaw & Culbertson
                                                        222 North LaSalle Street
                                                        Suite 300
                                                         Chicago, IL 60601-1081
                                                        (312) 704-3527
                                                        Fax: (312)704-3001
                                                        Email: jweller@hinshawlaw.com

                                                        ATTORNEY FOR DEFENDANTS