

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GERMAINE J GRANT**
Plaintiff.

-v-

**LTD FINANCIAL SERVICES I INC**
**LTD FINANCIAL SERVICES L.P.**
Defendant.
_____/

Case No. 1:11-CV-05073
JUDGE James B Zagel

## Rule 56.1 – PRESENTMENT OF STATEMENT OF MATERIAL FACTS

### RESPONSE

Plaintiff, Germaine Grant, on behalf of himself present this statement of material Facts pursuant to Local rule 56.1.

### Presentment of Material facts.

1. On an around October of 2010 Germaine received a letter from Ltd financial service Lp by way of it's partner Ltd financial service I (Germaine affidavit 4).

2. On or around October of 2010 LTD financial services lp licensed was revoked by the secretary of state as 6/16/2008 so it couldn't do legal business in the state of Illinois ( Germaine Affidavit 4 exhibits 1-9)

3. The plaintiff did in fact send Ltd financial services lp and advantage asset II a debt validation letter (germaine Affidavit 4 exhibits 1-9)

4. The defendant (s) advantage or Ltd financial service lp and ltd financial services I inc hasn't showed any proof that they purchase an account in the plaintiff name the defendants evidence show different it show they purchase a bulk of debt or account but it evidence don't show the plaintiff name as being the debtor. (Germaine affidavit 10 defendant exhibits')

5. The FCRA don't give any defendants permissible purpose to obtain a credit report under false pre tense or report erroneous information on a consumer credit report (germaine affidavit 8)

6. Advantage asset was never the original credit as it was reported to the transunion credit agency through it middle broker " E-Oscar". (plaintiff exhibit 1-9)

7. The defendant want the court to rule off hear say evidence from Citibank records when the defendant hasn't admitted to being the custodian of records for Citibank (see Pruzanky affidavit & defendant exhibits)

8. Advantage and services 1 hasn't provide the plaintiff nor courts with any proof that they haven't furnished any information to the credit reporting agency.

9. Ltd has admitted that it has used the records of Citibank (south Dakota) N.A. and it's own records which most of its information deprive from advantage Asset II and never does the plaintiff LTD financial services lp or LTD financial services by affidavit stating that their the custodian of records for Citibank (south Dakota) or for advantage asset ii.

10. LTD and Advantage admitted to investigating any dispute but over look the dispute letter by Germaine in and around 10/2010 in which they admitted there investigation was correct and the debt was valid then please explain how ltd financial services information and inquiry which was reporting on the plaintiff credit report as 6/28/2011 but as of January 30 2012 all information that was being reported has disappeared from the plaintiff credit report.

By /s/ GERMAINE J GRANT
P.O. BOX 23
JOLIET IL 60433

815 582-3518

## \CERTIFICATE OF SERVICES

I, GERMAINE J. GRANT, PRO se plaintiff, certify that I shall cause to be served a copy of the

notice of PRESENTMENT OF statement of material facts response

case as related upon the above listed individuals by deposit in the u.s mail box 51 clinton Joliet il 60434, postage prepaid, before the hour of 500pm, messenger delivery, federal Express, facsimile transmitted from (815) 582-3518 or electronically via the ecf as indicated, on July 12,2012

GERMAINE-J GRANT
P.O. BOX 23
JOLIET IL 60433

815 582-3518

--------Cm/ecf

----X-facsimile

--------federal Express

-------- regular us mail

-------- messenger

---X---E-Mail

TO: JENNIFER w. WELLER

HINSHAW 7 Culbertson

222 North Lasalle Street suite 300

Chicago il 60601-1081

Fax; 312704-3001