

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GERMAINE J GRANT**
Plaintiff.

-v-

**LTD FINANCIAL SERVICES I INC**
**LTD FINANCIAL SERVICES L.P.**
Defendant.
_____/

Case No. 1:11-CV-05073
JUDGE James B Zagel

## PRESENTMENT OF

## MEMORANDUM IN RESPONSE TO SUMMARY JUDGMENT MOTION

PLAINTIFF Germaine Grant, files this presentment of memorandum in response to defendant Ltd financial services L.P. (LTD) Defendant's motion for summary judgment, stating:

### ISSUE

1) The issue for the court is whether a jury could conclude from evidence adduced that Defendant formed Ltd Financial services Lp and it's partner Ltd Financial services I inc (hereinafter LTD) is held liable for tortuously interfere with plaintiff's privacy and his credit report without permissible purpose to do so by mistaken facts that was given to them by advantage asset II that the plaintiff owed some alleged debt to advantage asset which somehow LTD presume that the plaintiff had owed such debt. The issues at hand is did

advantage sold bad debt to innocent purchasers which cause that party to oppress and harass the plaintiff through his credit report for over 12 month period, in which ltd hasn't validated or verified such debt up until this present moment, also it's believe that ltd had enough information to contact the plaintiff 1st before ltd had inquired and reported error information about an alleged debt that was never an account. Also LTD work off mistaken facts by advantage asset II in which ltd had enough information that they received from advantage asset II business relationships see defendants (exhibits) there was no need for ltd to pull any of the plaintiff credit report or place any error information on such report because ltd received a debt validation letter from the plaintiff within the time allowed by law Ltd states they have permissible purpose do to this Phrase called "collection of account" pursuant to section 1681b(a)(3)(A) of FCRA.. ltd has already admitted that they were trying to collect a debt and collection of debt and collection of account has two different meaning in some courts across the country they want you to believe they have the same meaning but by definition they don't have the same meaning because debt and account has to different meaning. According to FCRA pursuant to 15 usc 1681(a)(4) the word account has nothing to do with "DEBT" it has more to do with asset, deposits and credits. Which this could be the reason why they call it a consumer credit report instead of a consumer

debt Report (emphasis added)  Yes the plaintiff can admitted there is no case law on this matter and since there is no case law on the word "account" which I do believe that permissible purpose and "account" co joins at the hip according to the terms and definition of FRCA that the congress of the united states of America has implemented.  The word "account" should stand as the meaning given by congress and that would mean that collection of account would mean just that your collecting an account for the creditor aka the consumer and in this case the plaintiff Germaine grant and I don't remember asking ltd to collect and account for me. So ltd was collecting a debt and since they were collecting a debt there are laws to be followed and ltd nor advantage asset II has followed such laws.

2) If a jury could reach this conclusion, Defendant's summary judgment motion should be denied.

### ARGUMENT

3) The foregoing issue has not been adjudicated.

4) No evidence has yet been presented on the record to contradict Plaintiff's allegations in regard to the foregoing issue.

5) Plaintiff has not completed discovery and is still waiting for the defendant on outstanding disputed material facts which they have avoided answering per FRCP.

6) Plaintiff has ask for a conference meeting 37.2 with the defendants to discuss discovery issues. Inspection of LTD records, which inspection has been postponed by the defendant. (copy of the application ltd applied for with all three credit agency.

7) Defendant has notified the Plaintiff of their a new witness and the plaintiff need to depose of this witness.

8) Summary judgment is not proper where discovery has not yet been closed.

9) "Summary judgment should not be granted until the facts have been sufficiently developed to enable the court to be reasonably certain that there is no genuine issue of material fact. Epstein v. Guidance Corporation, Inc., 736 So.2d 137 (Fla. 4th DCA 1999) citing Singer v. Star, 510 So.2d 637,639 (Fla. 4th DCA 1987). Also **is entitled to judgment as a matter of law.735 ILCS 5/2-1005(c) (West 2008). If the facts are not in dispute but are subject to conflicting inferences, or if a reasonable person can draw different inferences and conclusions from** the undisputed facts, summary judgment is not appropriate. *Bloomer*, 75 Ill. App. 3d at 118-19. A grant of

**summary judgement is subject to** *de novo* **review.** *Id.***at 119.The case stated above should also apply in this court under equal protection of law.**

10) "It is reversible error to grant summary judgment where depositions are still pending." <u>Fleet Finance & Mortgage, Inc. v. Carey</u>, 707 So.2d 949 (Fla. 4th DCA 1998).

11) The defendant ltd hasn't prove to the plaintiff or courts that they are not furnisher of credit information as defined in the FCRA because as a partner to LTD Financial Services LP you are also held liable for the act of ltd lp because in Illinois ltd lp is using ltd fin services I inc business license to do business in Illinois which Illinois law does allow them to do so but it relieve them of liability of violation of FCRA.

12) defendant LTD state that they didn't obtain a copy of plaintiff's consumer report again the defendant during discovery hasn't release record to plaintiff to show that there not liable and ltd Financial services I inc has obtain the plaintiff consumer report through it's partner and hasn't proved other wise..

13) Defendant states in there motion paragraph e that ltd 1 made no effort to collect any debts from the plaintiff again the defendant hasn't showed no

evidence that they weren't join by the hips with their partner ltd and hasn't given the plaintiff the information in the discover to prove other wise after being ask for such material.

14) Since plaintiff has clearly alleged that the defendant obtained his consumer report without permissible purpose because he didn't owe any debt or alleged debt to ltd and this fact issues is for the jury to decide not the courts. **that arguments presents at most a factual issue that must be addressed to a jury, See** *Walker v. Benjamin*, **293 F.3d 1030, 1040 (7th Cir. 2002)**

15) in the defendant motion paragraph h it mention that advantage assets II purchased home depot account in the plaintiff name but the evidence provided by the defendant fall short proving that they purchase any account in the plaintiff name only thing there exhibit show is that purchase 20,000 in some types account but it don't prove that it was plaintiff account and the defendant cant use hear say evidence to make a fact of issue . see **CACH, LLC v. ASKEW, 358 S.W.3d 58 (Mo.banc 2012 and the equal protection of law would also apply to this statement and case**

16) Where pleadings and affidavits create material issues of fact on question of whether "permissible purpose to access plaintiff credit report" to collect a

debt or collect an account (certainly a more critical issues that leave disputed fact still questionable **It is true that a party may not rely upon his or her own verified pleadings to oppose a motion for summary judgment when the movant has supplied evidentiary material, such as an affidavit, that, if uncontradicted, would entitle him or her to judgment as a matter of law. See,** *e.g., Abrams,* **211 Ill. 2d at 257. However, summary judgment affidavits must contain not conclusions but only evidentiary facts to which the affiant is capable of testifying.** *Jones v. Dettro,* **308 Ill. App. 3d 494, 499 (1999) (citing Ill. S. Ct. R. 191(a) (eff. Aug. 1, 1992)). Unsupported assertions, opinions, and self-serving or conclusory statements do not comply with the rule governing summary judgment affidavits**

WHEREFORE Plaintiff prays the Court will enter an Order denying Defendant's motion for summary judgment and granting such further relief as the Court may deem reasonable under the circumstances.

Specially presented

*/s/ Germaine J Grant*

GERMAINE J GRANT
P.O. BOX 23
JOLIET IL 60433

815 582-3518

## CERTIFICATE OF SERVICES

I, GERMAINE J. GRANT, PRO se plaintiff, certify that I shall cause to be served a copy of the

notice of PRESENTMENT OF

## MEMORANDUM IN RESPONSE TO SUMMARY JUDGMENT MOTION

case as related upon the above listed individuals by deposit in the u.s mail box 51 clinton Joliet il 60434, postage prepaid, before the hour of 500pm, messenger delivery, federal Express, facsimile transmitted from (815) 582-3518 or electronically via the ecf as indicated, on July 12,2012

GERMAINE J GRANT
P.O. BOX 23
JOLIET IL 60433

815 582-3518

--------Cm/ecf

--------facsimile

--------federal Express

-------- regular us mail

-------- messenger

---------E-Mail

TO: JENNIFER w. WELLER

HINSHAW 7 Culbertson

222 North Lasalle Street suite 300

Chicago il 60601-1081

Fax; 312704-3001

FIRST CLASS MAIL

GERMAINE J GRANT

C/OGERMAINE J GRANT
P.O. BOX 3580
JOLIET IL 60434

LTD FINANCIAL SERVICES, L.P.
C/O ADVANTAGE ASSETS II INC
7322 SOUTHWEST FREEWAY SUITE 1600
HOUSTON TEXAS 77074
ATTENTION: DISPUTE & VALIDATION DEPT

10/28/2010

,

ALLEGED ACCOUNTS# 634

Thank you for your recent inquiry. This is not a refusal to pay, but a notice that your claim is disputed.

This is a request for validation made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to pay you.

You should also be aware that sending unsubstantiated demands for payment through the United States Mail System might constitute mail fraud under federal and state law.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

Sincerely,

GERMAINE J GRANT

Exhibit 1

# CREDITOR DISCLOSURE STATEMENT

Name and Address of Collector (assignee): _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the particular products or services sold by the collector to the debtor and the dollar amount of each:

_____

_____

Upon failure or refusal of collector to validate this collection action, collector agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____     _____
Authorized signature for Collector          Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

Exhibit 2

| | | | |
|---|---|---|---|
| Balance: | ███ | Pay Status: | ███ |
| Date Updated: | 07/2010 | Account Type: | ███ |
| High Balance: | ███ | Responsibility: | ███ |
| Credit Limit: | ███ | Date Opened: | ███ |
| Past Due: | ███ | Date Closed: | ███ |
| | | Date Paid: | 02/2009 |

Loan Type: Charge Account
Remark: Purchased by another lender
Estimated date that this item will be removed: ███

### LTD FINANCIAL SERVICES #603532048958****

7322 SOUTHWEST FRE
SUITE 1600
HOUSTON, TX 77074
(713) 414-2100

| | | | |
|---|---|---|---|
| Balance: | $1,341 | Pay Status: | >Collection Account< |
| Date Updated: | 06/2011 | Account Type: | Open Account |
| Original Balance: | $1,341 | Responsibility: | Individual Account |
| Original Creditor: | ADVANTAGE ASSETS II INC | | |
| Past Due: | >$1,341< | | |

Loan Type: Collection Agency Attorney
Remark: >Placed for collection<
Date placed for collection: [ 08/2010 ]
Estimated date that this item will be removed: 04/2012

| | | | |
|---|---|---|---|
| Balance: | $1,533 | Pay Status: | ███ |
| Date Updated: | 06/2011 | Account Type: | Open Account |
| High Balance: | $1,415 | Responsibility: | Individual Account |
| Collateral: | ███ | Date Opened: | ███ |
| Past Due: | >$1,533< | | |

Loan Type: ███
Remark: ███
Estimated date that this item will be removed: ███

| | | | |
|---|---|---|---|
| Balance: | ███ | Pay Status: | ███ |
| Date Updated: | ███ | Account Type: | Open Account |
| Original Balance: | ███ | Responsibility: | Individual Account |
| Original Creditor: | ███ | | |
| Past Due: | >$1,617< | | |

Loan Type: Factoring Company Account
Remark: >Placed for collection<
Date placed for collection: [ 12/2009 ]
Estimated date that this item will be removed: 12/2015

| | | | |
|---|---|---|---|
| Balance: | $843 | Pay Status: | ███ |
| Date Updated: | 06/2011 | Account Type: | Open Account |
| High Balance: | $0 | Responsibility: | Individual Account |
| Past Due: | $0 | Date Opened: | 06/2004 |
| | | Date Closed: | 01/2009 |

Loan Type: ███
Remark: ███
Estimated d███

Phone number not available

| | | | |
|---|---|---|---|
| Balance: | $13,518 | Pay Status: | >120 Days Past Due< |
| Date Updated: | 05/2011 | Account Type: | Installment Account |
| High Balance: | $13,023 | Responsibility: | Individual Account |
| Past Due: | >$377< | Date Opened: | 10/2002 |
| Terms: | $53 for 190 months | | |

Loan Type: ███
>Maximum d███
Estimated date that this item will be removed: ███

Late Payments
48 months

| | | |
|---|---|---|
| 30 | 60 | 90 |
| 0 | 0 | >4< |

Last 48 Months: 120 120 90 OK OK OK OK X X X X X 90 OK OK OK OK X X X X X OK
apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may

Exhibit 3

https://annualcreditreport.transunion.com/products/single/viewPrintableReport.jsp?printVi... 6/28/2011



GMAINE TNARG <germainemoneybank@gmail.com>

## 1:11-cv-05074

**Manny Newburger** <mnewburger@bns-law.com>  
To: GMAINE TNARG <germainemoneybank@gmail.com>

Thu, Aug 11, 2011 at 5:14 PM

Mr. Grant:

Your statements are simply false. As evidenced by the attached printouts both LTD Financial Services I, Inc. and Advantage Assets II, Inc. are authorized to do business in Illinois.

With regard to the Limited Partnership I want to reiterate the fact that I cannot advise you on the law. I will tell you that it is the position of LTD Financial Services, LP that it does not need to be registered with the Secretary of State as it is not transacting business in Illinois. LTD Financial Services, LP does not maintain any offices in your state, and its sole activities in Illinois consist of collecting debts through use of phones and mail, i.e., through instrumentalities of interstate commerce. 805 ILCS § 215/903 provides, in pertinent part:

§ 805 ILCS 215/903. Activities not constituting transacting business

Sec. 903. Activities not constituting transacting business. (a) Activities of a foreign limited partnership which do not constitute transacting business in this State within the meaning of this Article include:

(1) maintaining, defending, and settling an action or proceeding;

* * *

(8) **securing or collecting debts** or enforcing mortgages or other security interests in property securing the debts, and holding, protecting, and maintaining property so acquired;

* * *

(10) **transacting business in interstate commerce.**

* * *

I will again state that if you do not drop your groundless, bad-faith litigation my client will seek its fees and costs. The demand that you drop both of your suits is non-negotiable.

Manuel H. Newburger

Licensed in Texas and Colorado

Exhibit 4

Barron, Newburger & Sinsley, PLLC

1212 Guadalupe, Suite 102

Austin, TX 78701-1837

(512) 476-9103, x-216

Fax: (512) 279-0310

mnewburger@bns-law.com

www.bns-law.com

Texas ★ Florida ★ New York


PURSUANT TO DEPARTMENT OF TREASURY CIRCULAR 230, THIS ELECTRONIC MAIL AND ANY ATTACHMENT HERETO, IS NOT INTENDED OR WRITTEN TO BE USED, AND MAY NOT BE USED BY THE RECIPIENT, FOR THE PURPOSES OF AVOIDING ANY FEDERAL TAX PENALTY WHICH MAY BE ASSERTED.


THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.


**From:** GMAINE TNARG [mailto:germainemoneybank@gmail.com]
**Sent:** Thursday, August 11, 2011 5:00 PM

[Quoted text hidden]

[Quoted text hidden]

---

 **Corp Confirmations.pdf**
573K



Exhibit 5



### JESSE WHITE
### SECRETARY OF STATE

# LP/LLLP FILE DETAIL REPORT

| Entity Name | LTD FINANCIAL SERVICES, L.P. | File Number | S016659 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | LP/LLLP | Type of LP/LLLP | FOREIGN |
| File Date | 06/01/2000 | Jurisdiction | TX |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/15/2001 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Designated Office | 7322 SOUTHWEST FREEWAY, #1600<br>HOUSTON TX 77074-0000 |
| Agent City | CHICAGO | Duration | PERPETUAL |
| Agent Zip | 60604-1101 | Annual Report Filing Date | 07/10/2012 |

Return to the Search Screen     Purchase Certificate of Existence

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

Exhibit 6



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## LP/LLLP FILE DETAIL REPORT

| Entity Name | LTD FINANCIAL SERVICES, L.P. | File Number | S016659 |
|---|---|---|---|
| Status | REVOKED | As of | 06/16/2008 |
| Entity Type | LP/LLLP | Type of LP/LLLP | FOREIGN |
| File Date | 06/01/2000 | Jurisdiction | TX |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/15/2001 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Designated Office | 7322 SOUTHWEST FREEWAY, #1600 HOUSTON TX 77074-0000 |
| Agent City | CHICAGO | Duration | PERPETUAL |
| Agent Zip | 60604-1101 | Annual Report Filing Date | DELINQUENT |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

Exhibit 76



LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, Texas 77074
Phone: (210) 253-2050
Fax: (713) 414-2126

JULY 14, 2011

GERMAINE J GRANT
116 WALDEN RD,
JOILET, IL 60433-3130

RE: AH5 6035320489586634
    Credit Inquiry

LTD Financial Services, L.P. is a third party collection agency for ADVANTAGE ASSETS II, INC.. This client has placed your account with LTD Financial Services for collection. The permissible purpose for the credit inquiry is the placement of your account with LTD Financial Services for collections.

Sincerely,

John D. Cunningham





### SERVICES  PROGRAMS  PRESS  PUBLICATIONS  DEPARTMENTS  CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | LTD FINANCIAL SERVICES I, INC. | File Number | 61072349 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 05/05/2000 | State | TEXAS |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 05/05/2000 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | TIMOTHY A FELDMAN 7322 SW FREEWAY STE 1600 HOUSTON TX 77074 |
| Agent City | CHICAGO | Secretary Name & Address | LEONARD PRUZANSKY SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 05/04/2011 | For Year | 2011 |

Return to the Search Screen       Purchase Certificate of Good Standing
                                   (One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

Exhibit 9

http://apps.ilsos.gov/corporatellc/CorporateLlcController                    7/12/2011