IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERMAINE J. GRANT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LTD FINANCIAL SERVICES I INC., LTD )<br>FINANCIAL SERVICES L.P., )<br>)<br>Defendants. ) | Case No.: 11 CV 5073<br><br>Judge: Zagel |

## **RULE 56.1 - PRESENTMENT OF STATEMENT OF MATERIAL FACTS**

Defendant Ltd Financial Services I Inc., ("Services I") and Ltd Financial Services L.P., ("LTD") by and through its attorneys David M. Schultz, Manuel H. Newburger and Jennifer W. Weller and for its Response to Plaintiff's Rule 56.1 Presentation of Statement of Material Facts, states as follows:

**Presentment of Material Facts**

1.  On an around October of 2010 Germaine received a letter from Ltd financial service Lp by way of it's partner Ltd financial service I (Germaine affidavit 4).

**RESPONSE:** Deny. Services I has not ever attempted to collect any debt from Germaine J. Grant and has never communicated with any person or entity regarding any debt of Germaine J. Grant. (Pruzansky Affidavit, ¶4). LTD admits that LTD (not Services I) sent a letter dated September 26, 2010 to Grant for collection of the Citibank debt (Pruzansky Affidavit, ¶7). LTD was retained by Advantage to collect the Grant Citibank debt. (Pruzansky Affidavit, ¶6).

2.  On or around October of 2010 LTD financial services 1p licensed was revoked by the secretary of state as 6/16/2008 so it couldn't do legal business in the state of Illinois (Germaine Affidavit 4 exhibits 1- 9)

**RESPONSE:** Admit that Services I is not registered with the Illinois Secretary of State. Deny that Services I is transacting business in Illinois. (See Newburger email attached by Grant to Dkt #56 as Ex. 4).

3. The plaintiff did in fact send Ltd financial services 1p and advantage asset II a debt validation letter (germaine Affidavit 4 exhibits 1-9)

**RESPONSE:** Admit that LTD received a July 11, 2011 communication from Mr. Grant. Otherwise deny. (Pruzansky Affidavit, ¶7).

4. The defendant (s) advantage or Ltd financial service 1p and ltd financial services I inc hasn't showed any proof that they purchase an account in the plaintiff name the defendants evidence show different it show they purchase a bulk of debt or account but it evidence don't show the plaintiff name as being the debtor. (Germaine affidavit 10 defendant exhibits')

**RESPONSE:** Deny Services I or LTD purchased the Grant Citibank debt. Admit Advantage purchased the Grant Citibank debt as part of a portfolio of debt from Citibank. (Pruzansky Affidavit, ¶5). Otherwise, deny.

5. The FCRA don't give any defendants permissible purpose to obtain a credit report under false pre tense or report erroneous information on a consumer credit report (germaine affidavit 8)

**RESPONSE:** Deny Advantage or Services I accessed Plaintiff's consumer report. Admit LTD accessed the report, but deny that the access was impermissible. (Pruzansky Affidavit, ¶4,6,9).

6. Advantage asset was never the original credit as it was reported to the transunion credit agency through it middle broker " E-Oscar". (plaintiff exhibit 1-9)

130401379v1 0928731

**RESPONSE:** Admit Advantage purchased the Grant Citibank debt from Citibank. Deny Advantage reported the debt to any credit reporting agency. (Pruzansky affidavit, ¶9).

7. The defendant want the court to rule off hear say evidence from Citibank records when the defendant hasn't admitted to being the custodian of records for Citibank (see Pruzanky affidavit & defendant exhibits)

**RESPONSE:** Deny. This is not a Statement of Material Fact, rather this is an argument. Defendant's motion for summary judgment is properly supported by facts and evidence. (See Dkt #50).

8. Advantage and services 1 hasn't provide the plaintiff nor courts with any proof that they haven't furnished any information to the credit reporting agency.

**RESPONSE:** Deny. (*See* Pruzansky affidavit). This is not a Statement of Material Fact, rather this is an argument.

9. Ltd has admitted that it has used the records of Citibank (south Dakota) N.A. and it's own records which most of its information deprive from advantage Asset II and never does the plaintiff LTD financial services 1p or LTD financial services by affidavit stating that their the custodian of records for Citibank (south Dakota) or for advantage asset ii.

**RESPONSE:** This Statement is unintelligible and Defendants are unable to respond to it.

10. LTD and Advantage admitted to investigating any dispute but over look the dispute letter by Germaine in and around 10/2010 in which they admitted there investigation was correct and the debt was valid then please explain how ltd financial services information and inquiry which was reporting on the plaintiff credit report as 6/28/2011 but as of January 30 2012 all information that was being reported has disappeared from the plaintiff credit report.

**RESPONSE:** This Statement is unintelligible and Defendants are unable to respond to it.

130401379v1 0928731

Respectfully submitted,

/s/*Jennifer W. Weller*

| | |
|---|---|
| Manuel H. Newburger | David M. Schultz |
| TX Bar No. 14946500 | Jennifer W. Weller |
| Barron, Newburger & Sinsley, PLLC | Hinshaw & Culbertson |
| 1212 Guadalupe, Suite 102 | 222 North LaSalle Street |
| Austin, Texas 78701-1837 | Suite 300 |
| (512) 476-9103 | Chicago, IL 60601-1081 |
| Fax: (512) 279-0310 | (312) 704-3000 |
| | Fax: (312)704-3001 |
| | Email: dschultz@hinshawlaw.com |
| | Email: jweller@hinshawlaw.com |

ATTORNEYS FOR DEFENDANTS
Ltd Financial Services I Inc. and Ltd Financial Services L.P.,

4

5

**CERTIFICATE OF SERVICE**

       I, Jennifer W. Weller, an attorney, certify that I shall cause to be served a copy of the **RULE 56.1 - PRESENTMENT OF STATEMENT OF MATERIAL FACTS** upon the below listed individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **August 8, 2012.**

| | |
|---|---|
| ☐ CM/ECF | To: |
| ☐ Facsimile | |
| ☐ Federal Express | Germaine J. Grant |
| ☒ Regular U.S. Mail | P.O. Box 23 |
| ☐ Messenger | Joliet, Illinois 60434 |
| ☐ E-Mail | |

                                               /s/Jennifer W. Weller
                                               Jennifer W. Weller
                                               Hinshaw & Culbertson
                                               222 North LaSalle Street
                                               Suite 300
                                               Chicago, IL 60601-1081
                                               (312) 704-3527
                                               Fax: (312)704-3001
                                               Email: jweller@hinshawlaw.com

130401379v1 0928731